

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| ADRanch, LLC, | § | No. 08-17-00115-CV |
| Appellant, | § | Appeal from the |
| v. | § | 83rd District Court |
| Pee Wee's Welding Service, | § | of Terrell County, Texas |
| Appellee. | § | (TC# 3150-A) |
| | § | |

**O R D E R**

The Court GRANTS the Joint Unopposed Motion for Extension of Mediation Deadline and ORDERS that the mediation process be extended until August 11, 2017.  Upon completion of mediation, the parties are directed to comply with the instructions set forth in our order of June 5, 2017.

IT IS SO ORDERED this 21st day of July, 2017.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.